Ethan Jacobs (SBN 291838)
ethan@jacobslaw.com
Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 275-0845

Attorney for Defendants Dr. David Rabin,
Kathryn, Fantauzzi, and Apollo Neuroscience, Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LESLIE SCOFIELD, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>DR. DAVID RABIN, an individual;<br>KATHRYN FANTAUZZI, an individual;<br>APOLLO NEUROSCIENCE INC., a<br>Delaware Corporation; and DOES 1-10,<br><br>         Defendants. | Case No.:<br><br>**DECLARATION OF KATHRYN FANTAUZZI**<br><br><br>(Removed from San Francisco Superior Court, Case No. CGC-24-620012) |

I, Kathryn Fantauzzi, declare and state as follows:

1.      I am over eighteen years of age and competent to testify to the matter at issue in the above-captioned case.

2.      I am a citizen of the United States and reside in Bolton Landing, New York with my husband, Dr. David Rabin. We have lived in Bolton Landing since 2021 and intend to remain here.

3.      I am the Co-Founder and Co-Chief Executive Officer of Apollo Neuroscience, Inc. ("Apollo Neuro"), a corporation formed under the law of Delaware. A majority of Apollo

1

Neuro's employees live in New York State, and Dr. Rabin and I make most of the significant decisions for the company in New York as well.

       I declare under penalty of perjury under the laws of the state of __California__ that the foregoing is true and correct.

       Executed this __26__ day of February, 2025 in __Monterey, CA__ .

*Kathryn Fantauzzi*
_____
Declarant: Kathryn Fantauzzi

DECLARATION OF KATHRYN FANTAUZZI

## CERTIFICATE OF SERVICE

On February 26, 2025 I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF, and by first-class mail. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served to the following:

Jon A. Atabek, Esq. (SBN 269497)
jatabek@atabekandco.com
Tiffany D. Chukiat, Esq. (SBN 267347)
tchukiat@atabekandco.com
250 Newport Center Drive, Suite 306
Newport Beach, CA 92660
Telephone: (949) 229-0953
Facsimile: (213) 402-3413
***Counsel for Plaintiff Leslie Scofield***

Dated: February 26, 2025                    /s/ Ethan Jacobs
                                          Ethan Jacobs (SBN 291838)
                                          ethan@jacobslaw.com
                                          Attorney for Defendants
                                          DR. DAVID RABIN, KATHRYN FANTAUZZI,
                                          and APOLLO NEUROSCIENCE, INC.

1

CERTIFICATE OF SERVICE