Ethan Jacobs (SBN 291838)
ethan@jacobslaw.com
Ethan Jacobs Law Corporation
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 275-0845

Attorney for Defendants Dr. David Rabin,
Kathryn, Fantauzzi, and Apollo Neuroscience, Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LESLIE SCOFIELD, an individual, | Case No.: |
| Plaintiff, | **DECLARATION OF DR. DAVID RABIN** |
| v. | |
| DR. DAVID RABIN, an individual; KATHRYN FANTAUZZI, an individual; APOLLO NEUROSCIENCE INC., a Delaware Corporation; and DOES 1-10, | (Removed from San Francisco Superior Court, Case No. CGC-24-620012) |
| Defendants. | |

I, Dr. David Rabin, declare and state as follows:

1.      I am over eighteen years of age and competent to testify to the matter at issue in the above-captioned case.

2.      I am a citizen of the United States and reside in Bolton Landing, New York with my wife, Kathryn Fantauzzi. We have lived in Bolton Landing since 2021 and intend to remain here.

3.      I am the Co-Founder and Co-Chief Executive Officer of Apollo Neuroscience, Inc. ("Apollo Neuro").

1

DECLARATION OF DR. DAVID RABIN

I declare under penalty of perjury under the laws of the state of __California__ that the foregoing is true and correct.

Executed this _26_ day of February, 2025 in _Monterey, CA_ .

_____

Declarant: Dr. David Rabin

2

DECLARATION OF DR. DAVID RABIN

**<u>CERTIFICATE OF SERVICE</u>**

On February 26, 2025, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all persons registered for ECF, and by first-class mail. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served to the following:

Jon A. Atabek, Esq. (SBN 269497)
jatabek@atabekandco.com
Tiffany D. Chukiat, Esq. (SBN 267347)
tchukiat@atabekandco.com
Atabek & Co.
250 Newport Center Drive, Suite 306
Newport Beach, CA 92660
Telephone: (949) 229-0953
Facsimile: (213) 402-3413
***Counsel for Plaintiff Leslie Scofield***


Dated: February 26, 2025                    /s/ Ethan Jacobs
                                            Ethan Jacobs (SBN 291838)
                                            ethan@jacobslaw.com
                                            Attorney for Defendants
                                            DR. DAVID RABIN, KATHRYN FANTAUZZI,
                                            and APOLLO NEUROSCIENCE, INC.

1

CERTIFICATE OF SERVICE