|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LESLIE SCOFIELD, an individual<br><br>Plaintiff,<br><br>v.<br><br>DR. DAVID RABIN, an individual; KATHRYN FANTAUZZI, an individual; APOLLO NEUROSCIENCE INC., a Delaware Corporation; and Does 1-10,<br><br>Defendants. | Case No.: 3:25−cv−02021<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT |

[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a), and the parties' joint stipulation, this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

The Court shall retain jurisdiction to enforce the settlement between the parties pursuant to Federal Rule of Civil Procedure 41(a).

In the event of a default, the parties may apply to the Court to enforce the terms of their confidential settlement agreement.

**IT IS SO ORDERED**

Dated: March 31, 2025

UNITED STATES MAGISTRATE JUDGE

---

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE AND
RETAINING JURISDICTION TO ENFORCE SETTLEMENT